UNITED STATES DISTRICT COURT

Southern DISTRICT OF Florida

FILED by AP D.C.
AUG 11 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

IN RE:
RALPH CURRY,

Date: August 05, 2016

16 CV 23402 PAS
16 CV 22898 PAS

Dear Clerk of Court

I , Ralph Curry Pro Se am requesting the moval of Attorney Mr. Daniel from my case due to the fact of ineffective counsel and not have my best interest in heart. And here is a copy of the waiver papers you can clearly see that I did not authorized or consent to Mr. Daniel represetating me any more. So I am asking the Judge to please remove this attorney form my docket sheet and from my case.

Thank you for your time and patience in this matter.

Sincerely

*Ralph Curry*
RALPH CURRY Reg 65172-004

# FEDERAL PUBLIC DEFENDER
## Southern District of Florida

**Michael Caruso**
**Federal Public Defender**

Location: Miami

**Hector A. Dopico**
**Chief Assistant**

July 12, 2016

Ralph Curry
Reg. No. 65172-004
FCI Coleman Medium
P.O. Box 1032
Coleman, Florida 33521

Miami:

Helaine B. Batoff
Sowmya Bharathi
R. D'Arsey Houlihan
Anthony J. Natale
Paul M. Rashkind,
 Supervising Attorneys

Bonnie Phillips-Williams,
 Executive Administrator

Stewart G. Abrams
Alex Arteaga-Gomez
Abigail Becker
Katie Carmon
Vanessa Chen
Eric Cohen
Timothy Cone
Tracy Dreispul
Daniel L. Ecarius
Aimee Ferrer
Ayana Harris
Celeste S. Higgins
Julie Holt
Bunmi Lomax
Ian McDonald
Christine O'Connor
Joaquin E. Padilla
Arun Ravindran
Rainbow Willard

Ft. Lauderdale:

Robert N. Berube,
 Supervising Attorney

Andrew Adler
Janice Bergmann
Brenda G. Bryn
Timothy M. Day
Chantel R. Doakes
Robin J. Farnsworth
Margaret Y. Foldes
Bernardo Lopez
Jan C. Smith
Michael D. Spivack
Gail M. Stage
Daryl E. Wilcox

West Palm Beach:

Peter Birch,
 Supervising Attorney

Robert E. Adler
Lori E. Barrist
Neison M. Marks
Kristy Militello
Robin C. Rosen-Evans

Fort Pierce:

Panayotta Augustin-Birch
R. Fletcher Peacock

Dear Mr. Curry:

The court just appointed the Federal Public Defender's Office to assist you on the *Johnson* related 2255 Motion to Vacate. However, you filed a motion previously under 28 U.S.C. Section 2255 alleging "ineffective assistance of counsel" among other claims.

Please initial option one and sign below if you would like for us to continue working on your case or option two if you would like another attorney appointed:

1. ____ I waive *any* claims that I have had in the past or could have in the future as to "ineffective assistance of counsel" pursuant to 28 U.S.C. 2255 or claims with the Florida Bar against Daniel Ecarius and/or the Federal Public Defender's Office.
   ____ I wish for Daniel L. Ecarius, Assistant Federal Public Defender, to work on my case.

2. ____ I do not wish for Daniel Ecarius to work on my case and do not waive any claims of "ineffective assistance of counsel" or with the Florida Bar against Daniel Ecarius/Federal Public Defender's Office. I would like for another attorney to be appointed to represent me.

_____
Ralph Curry

With your permission and waiver, I will continue to seek a lower sentence in your case or I will do a motion to have another attorney appointed.

Sincerely,

*[signature]*
Daniel L. Ecarius
Assistant Federal Public Defender

Miami
150 West Flagler Street
Suite 1700
Miami, FL 33130-1555

Ft. Lauderdale
One East Broward Boulevard
Suite 1100
Ft. Lauderdale, FL 33301-1842
Tel: (954) 356-7436

West Palm Beach
450 Australian Avenue South
Suite 500
West Palm Beach, FL 33401-5040
Tel: (561) 833-6288

Ft. Pierce
109 North 2nd Street
Ft. Pierce, FL 34950
Tel: (772) 489-2123
Fax: (772) 489-3997





Reply To:
Federal Public Defender
Southern District of Florida

- ☐ 150 W. Flagler St., Suite 1500, Miami, FL 33130-1555
- ☐ 150 W. Flagler St., Suite 1700, Miami, FL 33130-1555
- ☑ 1 E. Broward Blvd., Suite 1100, Ft. Lauderdale, FL 33301-1842
- ☐ 450 S. Australian Ave., Suite 500, West Palm Beach, FL 33401-5008
- ☐ 109 North 2 St., Ft. Pierce, FL 34950-4404

OFFICIAL BUSINESS

Daniel Ecarius, AFPD

13 JUL '16
PM 4 L

A3

neopost
07/13/2016
US POSTAGE $000.46[5]
FIRST-CLASS MAIL
ZIP 33130
041M11271983

RECEIVED
JUL 15 REC'D

RECEIVED
JUL 15 2016

Ralph Curry
Reg. No. 65172-004
FCI Coleman Medium
P.O. Box 1032
Coleman, Florida 33521

ATTORNEY/CLIENT
PRIVILEGED INFORMATION
OPEN ONLY IN PRESENCE OF ADDRESSEE

33521-103232

TAMPA FL 335
SAINT PETERSBURG FL
06 AUG 2016 PM 3 L
RECEIVED

USMS
INSPECTED

⇔65172-004⇔
Office Of The Clerk
400 N Miami AVE
RM#8
Miami, FL 33128-7716
United States

33128-771699

F.C.C. COLEMAN
MAIL ROOM
846 N.E. 54TH TERR
COLEMAN, FLORIDA
33521

THE ENCLOSED LETTER WAS
PROCESSED THROUGH SPECIAL
MAILING. THE LETTER HAS BEEN
NEITHER OPENED OR INSPECTED.
IF THE WRITER RAISES A QUESTION
OR A PROBLEM OVER WHICH THIS
FACILITY HAS JURISDICTION, YOU
MAY WISH TO RETURN THE MAIL
FOR FURTHER INFORMATION OR
CLARIFICATION. IF THE WRITER
ENCLOSED CORRESPONDENCE
FOR FORWARDING TO ANOTHER
ADDRESSEE, PLEASE RETURN THE
ENCLOSURE TO THE ABOVE
ADDRESSEE.

8-5-14
DATE            MAIL ROOM STAFF

Ralph Curry #65172-004
Federal Correctional Complex
P.O. Box 1032
Coleman, FL 33521
Coleman-low A3