AO 243 (Rev. 01/15)                                                                              Page 2

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District | Southern District of Florida |
|---|---|---|
| Name *(under which you were convicted)*: Ralph Curry | | Docket or Case No.: 16-22898-CV-Seitz/White |
| Place of Confinement: Coleman FCI Low | | Prisoner No.: 65172-004 |
| UNITED STATES OF AMERICA | V. | Movant *(include name under which convicted)* RALPH CURRY |

## AMENDED MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   U.S. District Court, Southern District of Florida
   400 N. Miami Ave.
   Miami, FL 33128

   (b) Criminal docket or case number (if you know): 05-20399-CR-Seitz

2. (a) Date of the judgment of conviction (if you know): November 10, 2005

   (b) Date of sentencing: November 9, 2005

3. Length of sentence: 322 months in prison

4. Nature of crime (all counts):

   Count 1: Possession with intent to distribute crack cocaine (21 U.S.C. 841(1)(1) and 851)*
   Count 2: Possession with intent to distribute crack cocaine (21 U.S.C. 841(1)(1) and 851)*
   Count 3: Carrying a firearm during a drug trafficking crime (18 U.S.C. 924(c))
   Count 4: Felon in possession of firearm (18 U.S.C. 922(g) and 924(e))

   * Sentencing range enhanced from 0-20 to 0-30.

5. (a) What was your plea? (Check one)
   (1) Not guilty ☒     (2) Guilty ☐     (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☒    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☐

8. Did you appeal from the judgment of conviction?    Yes ☒    No ☐

9. If you did appeal, answer the following:
   (a) Name of court: Eleventh Circuit Court of Appeals
   (b) Docket or case number (if you know): 05-16436
   (c) Result: Dismissed with prejudice
   (d) Date of result (if you know): 3/27/2006
   (e) Citation to the case (if you know): U.S. v. Ralph Curry, Docket No. 05-16436-AA
   (f) Grounds raised:
   None. Appeal was dismissed before briefs were filed based on appellant's motion to dismiss appeal.

   (g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐     No ☑
       If "Yes," answer the following:
       (1) Docket or case number (if you know):
       (2) Result:

       (3) Date of result (if you know):
       (4) Citation to the case (if you know):
       (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☑     No ☐

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: U.S. District Court, SDFL
        (2) Docket or case number (if you know): 12-24393-CV-Seitz
        (3) Date of filing (if you know): 10/15/2012
        (4) Nature of the proceeding: 2255 Motion to Vacate
        (5) Grounds raised: See below:

    Ineffective assistance of counsel: Failing to pursue negotiated plea by trial counsel; Failing to pursue appeal by appellate counsel
    Error in application of Armed Career Criminal/Career Offender guidelines
    Excessive sentence in violation of 5th and 14th Amendments

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
    Yes ☐    No ☑

(7) Result: Motion dismissed as time-barred

(8) Date of result (if you know): 6/23/2014

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: Eleventh Circuit Court of Appeals

(2) Docket of case number (if you know): 14-13569-D

(3) Date of filing (if you know): 8/8/2014

(4) Nature of the proceeding: Appeal of dismissal of 2255 motion

(5) Grounds raised:
None. Court declined to issue Certificate of Appealability. Writ of Certiorari denied by Supreme Court, Docket No. 14-10208.

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
    Yes ☐    No ☑

(7) Result: Appeal dismissed

(8) Date of result (if you know): 3/23/2015

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:    Yes ☑    No ☐
(2) Second petition:    Yes ☐    No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Defendant was erroneously sentenced as an Armed Career Criminal resulting in higher sentence than he should have received.

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Curry was sentenced as an Armed Career Criminal based on the following offenses: (1) Burglary of dwelling on 9/25/89; (2) Possession with intent to sell and Sale of cocaine on 10/28/89; and (3) Three counts of aggravated assault on 2/16/92. After Johnson v. United States, burglary of a dwelling no longer qualifies as a crime of violence. The court may have erred and counted the 3 aggravated assaults as mulitple offenses, but they did not occur on occasions different from one another as required by the ACCA. Curry has only two qualifying offenses and the ACCA requires three.

He also will not qualify as a Career Offender because the offenses identified above in (1) and (2) are too remote in time.

Curry should be eligible for immediate release once sentence is corrected.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why:
    Appellate counsel moved to dismiss the appeal based on determination there were no issues for appeal.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ☑   No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: 2255 motion filed before Johnson was decided

Name and location of the court where the motion or petition was filed:

U.S. District Court, SDFL

Docket or case number (if you know): 12-24393-CV-Seitz

Date of the court's decision: 6/23/2014

Result (attach a copy of the court's opinion or order, if available):
See attached Report and Recommendation of magistrate and Order Affirming and Adopting Report and Recommendation

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐   No ☑

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☑   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐   No ☑

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

Issue was limited to whether 2255 motion was timely filed. Court determined it was not and dismissed as time-barred. Curry appealed to Eleventh Circuit but Certificate of Appealability was denied and writ of certiorari to Supreme Court was also denied. The courts never reached the merits of the issue.

**GROUND TWO:**

(a)   Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

(b)   **Direct Appeal of Ground Two:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐         No ☐

(2)   If you did not raise this issue in your direct appeal, explain why:

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐         No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
   Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐    No ☐

    (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐    No ☐

    (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐    No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐    No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐    No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Four:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐      No ☐
   (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐      No ☐

   (2) If you answer to Question (c)(1) is "Yes," state:
   Type of motion or petition:
   Name and location of the court where the motion or petition was filed:

   Docket or case number (if you know):
   Date of the court's decision:
   Result (attach a copy of the court's opinion or order, if available):

AO 243 (Rev. 01/15)                                                                                                                                      Page 10

    (3)  Did you receive a hearing on your motion, petition, or application?
          Yes ☐     No ☐

    (4)  Did you appeal from the denial of your motion, petition, or application?
          Yes ☐     No ☐

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
          Yes ☐     No ☐

    (6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

    (7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?      Yes ☒      No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

U.S. District Court Case No. 16-22898-CV-Seitz/White

Eleventh Circuit granted Curry's motion to file a second or successive habeas motion in appellate docket no. 16-1323-J. Opinion is attached.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

    (a) At the preliminary hearing:

    (b) At the arraignment and plea:

    (c) At the trial:
    AFPD Daniel Escarius

    (d) At sentencing:
    AFPD Daniel Escarius

    (e) On appeal:
    Sheryl Lowenthal

    (f) In any post-conviction proceeding:

    (g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?     Yes [✓]     No [ ]

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes [ ]     No [✓]

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed:

    (c) Give the length of the other sentence:

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?     Yes [ ]     No [ ]

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

    This Motion to Vacate is being filed pursuant to Johnson v. United States, 576 U.S. ___, 135 S. Ct. 2551 (2015) and Welch v. United States, 578 U.S. ___, 136 S. Ct. 1257 (2016).

    Curry's Application for Leave to File a Second or Successive Motion to Vacate was filed on June 3, 2016. The Eleventh Circuit granted the Application on July 5, 2016. This Amended Motion to Vacate is being filed pursuant to this court's order dated August 17, 2016 allowing 45 days to file this amended motion. This motion is being filed well within the 45 days allowed by this court.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run from the latest of –

(1)   the date on which the judgment of conviction became final;

(2)   the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 01/15) Page 13

Therefore, movant asks that the Court grant the following relief:

Vacate his sentence and impose a sentence of time served.

or any other relief to which movant may be entitled.

                    Randee J. Golder
                Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____.
                    (month, date, year)

Executed (signed) on _____ (date)

                Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.