UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Criminal Case No. 05-20399-CR -SEITZ
Civil Case No.  16-22898-CV-SEITZ

**RALPH CURRY,**

      Movant,

v.

**UNITED STATES OF AMERICA**

      Respondent.

_____/

## UNITED STATES' NOTICE OF APPEAL

NOTICE is hereby given that the United States of America, pursuant to 18 U.S.C. §3742(b), 28 U.S.C. §1291, and 28 U.S.C. §2255(d), appeals to the United States Court of Appeals for the Eleventh Circuit from the amended judgment entered on December 22, 2016 (CrimDE 96), and from the order granting collateral relief entered on November 30, 2016 (Civ DE 16; CrimDE 93).

      Respectfully submitted,

      WIFREDO A. FERRER
      UNITED STATES ATTORNEY

BY:  /s/ Aileen M. Cannon
      Aileen M. Cannon
      Assistant United States Attorney
      Florida Bar Number 0101484
      99 N.E. 4th Street, 5th Floor

        Miami, Florida 33132-2111
        (305) 961-9002
        Aileen.cannon@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 17, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

        /s/ Aileen M. Cannon
        Aileen M. Cannon
        Assistant United States Attorney